**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marilyn Mausser, | Case No. 2:11-cv-00680-MHB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Enhanced Recovery Company, LLC, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 17th day of May, 2011.

By: s/Marshall Meyers
Marshall Meyers (020584)
**WEISBERG & MEYERS, LLC**

Notice of Settlement

1  Filed electronically on this 17th day of May, 2011, with:

2

3  United States District Court CM/ECF system

4

5  By: s/Jessica DeCandia
        Jessica DeCandia

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Settlement