Marshall Meyers (020584)
**WEISBERG & MEYERS, LLC**
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Mausser and Marilyn Mausser, ) | Case No. 2:11-cv-00678-DKD |
| ) | |
| ) | **NOTICE OF DISMISSAL WITH** |
| Plaintiff, ) | **PREJUDICE** |
| ) | |
|     vs. ) | |
| ) | |
| Cavalry Portfolio Services, LLC, ) | |
| ) | |
| ) | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 10th day of June, 2011.

<u>**By:**</u>s/Marshall Meyers
**Marshall Meyers**
**WEISBERG & MEYERS, LLC**
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

1 | Filed electronically on this 10th day of June, 2011, with:
2
3 | United States District Court CM/ECF system
4
5 | By: s/Jessica DeCandia
6 |     Jessica DeCandia